UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADE RAMIREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>JAVAD MEHRANFAR, et al.,<br><br>    Defendants. | Case No.: 12-cv-01994-YGR<br><br>**ORDER TO SHOW CAUSE AND ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT** |

Plaintiff's counsel is hereby **ORDERED TO SHOW CAUSE** why he should not sanctioned for failure to meet and confer with Defendants' counsel such that a joint case management conference statement could be filed. The Case Management Conference scheduled for August 27, 2012 is hereby **CONTINUED** until September 10, 2012 at 2:00 p.m. The Order to Show Cause hearing is also set for that date and time.

Plaintiff's counsel must file a written response to this Order to Show Cause, if he contests it, and must personally appear at the Case Management Conference and Order to Show Cause hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a written response or to appear personally will be deemed an admission that no good cause exists for Plaintiff's counsel's failure and that the imposition of monetary sanctions is appropriate.

The parties are hereby **ORDERED** to file a joint case management statement no later than fourteen (14) days prior to the conference, including a specific discovery plan with dates for the exchange of documents and the dates of depositions of key individuals.

**IT IS SO ORDERED.**

Dated: August 21, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**