UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERNABE RAMIREZ,

    Plaintiff,

vs.

JAVAD MEHRANFAR, et al.,

    Defendants.

Case No.: 12-cv-01994-YGR

**ORDER OF REFERENCE TO MAGISTRATE JUDGE LLOYD FOR ALL PURPOSES**

Pursuant to Local Rule 72-1 and the consent of the parties, this matter is **REFERRED** to Magistrate Judge Lloyd for all purposes including trial and entry of judgment.

The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Lloyd.

**IT IS SO ORDERED.**

Dated: September 17, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc:    Magistrate Judge Lloyd