UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BERNADE RAMIREZ**<br>         **Plaintiff,**<br><br>           vs.<br><br>**JAVAD MEHRANFAR; ROSE INTERNATIONAL MARKET, INC.**<br>         **Defendants.** | Case No  12- cv-1994-HRL<br><br>**ORDER WITHDRAWING<br> REFERENCE TO MAGISTRATE JUDGE MARIA-ELENA JAMES FOR A SETTLEMENT CONFERENCE** |

   The referral to Magistrate Judge Maria-Elena James for a Settlement Conference  indicated in the Case Management Conference Minutes of September 10, 2012 is WITHDRAWN as this case has been reassigned for all purposes to Magistrate Judge Howard R. Lloyd.

   **IT IS SO ORDERED.**

Dated: September 21, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

CC: MAGREF EMAIL; MEJ; HRL