*E-FILED: January 11, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNABE RAMIREZ,<br><br>    Plaintiff,<br>  v.<br><br>JAVAD MEHRANFAR dba ROSE INTERNATIONAL MARKET, INC.; ROSE INTERNATIONAL MARKET, INC.,<br><br>    Defendants._____/ | No. C12-01994 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court is informed that this case has settled. Accordingly, all scheduled deadlines and appearances are vacated.

**On or before March 11, 2013**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **March 26, 2013, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). The parties shall file a joint statement in response to this Order to Show Cause **no later than March 19, 2013**. The statement shall advise as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated

1 and the parties need not file a joint statement in response to this Order.

2     SO ORDERED.

3 Dated: January 11, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-01994-HRL Notice has been electronically mailed to:

James Dal Bon     jdblaw@earthlink.net, jdb@wagedefenders.com, mh@wagedefenders.com

Maryam Soleimani Karson     maryamkarson@yahoo.com, majones@littler.com