*E-FILED: March 26, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNABE RAMIREZ, | No. C12-01994 HRL |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| JAVAD MEHRANFAR dba ROSE INTERNATIONAL MARKET, INC.; ROSE INTERNATIONAL MARKET, INC., | |
| Defendants. | |

Having been informed that this case settled in its entirety, on January 11, 2013 this court issued an order to show cause directing the parties to file a stipulated dismissal no later than March 11, 2013. If no dismissal was filed by that date, then the parties were ordered to file by March 19, 2013 a response to show cause why this case should not be dismissed and to appear for a March 26, 2013 show cause hearing. There has been no activity on the docket since this court issued its order to show cause, and no appearances were made at the March 26, 2013 show cause hearing. Accordingly, this action is dismissed. The clerk shall close the file.

SO ORDERED.

Dated: March 26, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:12-cv-01994-HRL Notice has been electronically mailed to:

2  James Dal Bon     jdblaw@earthlink.net, jdb@wagedefenders.com, mh@wagedefenders.com

3  Maryam Soleimani Karson     maryamkarson@yahoo.com, majones@littler.com